# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Erik Whelan, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:14-cv-02351 |
| | ) | |
| v. | ) | Judge Ronald A. Guzman |
| | ) | |
| Santander Consumer USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement and Mutual Release dated May 9, 2014 ("Settlement Agreement"), and Federal Rule of Civil Procedure 41, Plaintiff Erik Whelan and Defendant Santander Consumer USA, Inc. (collectively, "the Parties"), hereby move to voluntarily dismiss this action, in its entirety, with prejudice, each side to bear its own costs and fees.

**WHEREFORE**, the Parties respectfully request that the Court dismiss this action, with prejudice, pursuant to the Settlement Agreement.

Dated: May 19, 2014         Respectfully submitted,

        /s/ Joseph B. Prater
Joseph B. Prater
Reed Smith LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606-7507
Tel.: (312) 207-1000
Fax: (312) 207-6400
*Counsel for Defendant Santander Consumer USA, Inc.*

  /s/ Mark T. Lavery
Mark T. Lavery
Hayslip & Taylor
917 W. 18th Street, #200
Chicago, IL  60608
*Counsel for Plaintiff Erik Whelan*

## **CERTIFICATE OF SERVICE**

Joseph B. Prater, an attorney, hereby certifies that on May 19, 2014, he caused true and correct copies of the foregoing to be served via the Court's ECF system on the following attorneys of record:

Mark T. Lavery
Hyslip & Taylor
917 W. 18th Street , #200
Chicago, IL 60608

_/s/ Joseph B. Prater_____