**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Erik Whelan

                                    Plaintiff,

v.                                                          Case No.: 1:14–cv–02351
                                                            Honorable Ronald A. Guzman

Santander Consumer USA Inc

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2014:

        MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation
of dismissal, pursuant to Federal Rule of Civil Procedure 41, it is hereby ordered that this
case is dismissed, in its entirely, with prejudice, each side to bear its own costs and fees.
Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed
notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.